IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAYLI LAPE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-00053-JB-N |
| ) | |
| ARTHUR SHAUNATHAN ) | |
| OKYLE WILLIAMS, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 58) dated April 8, 2024—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court. Accordingly, the following is **ORDERED**:

1. Plaintiff Hayli Lape's "Motion to Dismiss" filed March 20, 2024 (Doc. 55), is **GRANTED**, and all of her claims and causes asserted against Defendant Sheriff Heath Jackson are **DISMISSED without prejudice**, with each party to bear his or her own costs;

2. Sheriff Jackson's motion for summary judgment (Doc. 52) is accordingly found **MOOT**;

3. all of Harrison's claims and causes of action asserted against Defendant Shuanathan Williams/Arthur Shaunathan Okyle Williams are **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m); and

4. all pending settings and deadlines in the Federal Rule of Civil Procedure 16(b) scheduling order are **CANCELED**.

Judgment in accordance with this order shall hereafter be set out by separate document,

in accordance with Federal Rule of Civil Procedure 58.

    **DONE and ORDERED** this 1st day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK  
CHIEF UNITED STATES DISTRICT JUDGE
