IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HAYLI LAPE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:23-00053-JB-N |
| | ) | |
| ARTHUR SHAUNATHAN | ) | |
| OKYLE WILLIAMS, *et al.*, | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**, and that **JUDGMENT** is accordingly entered in favor of Defendant **Shuanathan Williams/Arthur Shaunathan Okyle Williams**, and against the Plaintiff, **HAYLI LAPE**.

**DONE and ORDERED** this 1st day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE